UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                              Plaintiff,

-against-

TOP HOPS PEARL, LLC

                              Defendants.
------------------------------------------------------------------------X

Case No.: 1:22-cv-5916

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: May 8, 2023

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: May 8, 2023

*s/Lee N. Jacobs*

Lee N. Jacobs
Helbraun Levey
40 Fulton Street 28th floor Ste 1410
New York, NY 10038
212-219-1193
lee@helbraunlevey.com
*Attorneys for Defendant*